

October 28, 2025

Clifton Cislak
Clerk of Court
United States Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001

<u>BY ECF</u>

    Re:   *Archirodon Construction (Overseas) Co. Ltd. v. General Company for Ports of Iraq et al.*, No. 24-7133

**SCHEDULED FOR ARGUMENT ON NOVEMBER 13, 2025**

Dear Mr. Cislak:

    Pursuant to the Court's Handbook of Practice and Internal Procedures § X.D, and further to the parties' earlier correspondence of May 22, 2025, Archirodon writes to advise the Court that the parties executed a settlement agreement on Sunday, October 26, that concerns the proceedings underlying this appeal as well as related proceedings in the United States and foreign jurisdictions. The parties anticipate consummating the settlement prior to the scheduled argument date for this appeal on November 13, 2025. The settlement agreement contemplates that a stipulation to dismiss this appeal will be filed promptly once the settlement has been consummated.

    Archirodon provided a draft of this letter to appellants' counsel on Sunday. Appellants' counsel have advised that they have sought their clients' instructions on the letter and that, in the meantime, they take no position on it. We will continue to keep the Court timely apprised of further developments in this matter. We appreciate the Court's time and attention to the appeal.

                                                Respectfully submitted,

                                                Robert Kry

                                                *Counsel for Appellee Archirodon Construction (Overseas) Co. Ltd.*

cc:    all counsel

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave., N.W.
Suite 500
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com